McCANN (UNITED STATES v.). See Case No. 15,655.

McCARTER v. LAKE SUPERIOR SHIP, ETC., CO. See Case No. 13,643.

McCARTEY v. The SENATOR. See Case No. 8,686.

## Case No. 8,680.

### In re McCARTHY.

[15 Alb. Law J. 293.]

District Court, D. Massachusetts. Feb. 8, 1877.

BANKRUPTCY — TRADESMAN'S BOOKS—ACCOUNTS— BUSINESS—PERSONAL.

A bankrupt kept a true account of his business, but not of his personal expenses. *Held*, all that a tradesman is bound to do is to keep the accounts of his business as a tradesman; and, if his books show how much he has drawn out for personal expenses, it is sufficient.